## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MANPOWER INC. and
MANPOWER FRANCHISES LLC,

        Plaintiffs,

v.

Case No. 05-C-276

JONATHAN P. MASON and MANCAN, INC.,

        Defendants.

## ORDER OF DISMISSAL

The parties hereto having entered into an Agreement to resolve their dispute; **IT IS HEREBY ORDERED** that:

1. This action is **dismissed**, subject only to being reopened to enforce the Agreement of the parties.

2. This Court retains jurisdiction over this matter solely for the purpose of interpreting and enforcing the Agreement of the parties and any judgment entered thereunder.

3. The Clerk is hereby ordered to release and discharge the bonds filed by the parties to secure their respective preliminary injunctions, entered December 14, 2005.

4. Let judgment be entered accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of April, 2006.

        s/Lynn Adelman
        LYNN ADELMAN
        U.S. District Judge